MAX RUBIN, Respondent, v. SAMUEL G. SIEGEL and Another, Appel-

lants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.